UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:13-cr-0139-TWP-MJD |
| | ) | |
| VERRHONTEZ WILLIAMS, | ) | - 01 |
| Defendant. | ) | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Tim A. Baker's Report and Recommendation that Verrhontez William's supervised release be revoked, pursuant to Title 18 U.S.C. ' 3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. ' 3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of 10 months, in the custody of the Attorney General.   Upon Mr. Williams's release from confinement, he will be subject to 7 months of supervised release.

SO ORDERED this   12/17/2013

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Matthew Rinka
Assistant U. S. Attorney
matthew.rinka@usdoj.gov

Mike Donahoe
Office of Indiana Federal Community Defender
mike.donahoe@fd.org


U. S. Parole and Probation